1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09cr706 JM |
| ) | |
| Plaintiff, ) | |
| v. ) | Order Granting Joint Motion to Continue |
| ) | Sentencing Hearing [Docket No. 21] |
| SERGIO LEU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon the Joint Motion of counsel [Docket No. 21] and for good cause shown, the Sentencing Hearing in this matter, currently scheduled before Judge Miller on June 12, 2009, is hereby continued to *August 28, 2009 at 9:00 a.m.*

IT IS SO ORDERED.

DATED: June 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge