UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09cr706 JM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| SERGIO LEU, | ) ) | [Docket No. 24] |
| Defendants. | ) ) | |

Upon the Joint Motion of counsel [Docket No. 24] and for good cause shown, the Sentencing Hearing in this matter, currently scheduled for August 28, 2009 is hereby continued to *9:00 a.m. on November 6, 2009.*

IT IS SO ORDERED.

DATED: August 27, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge