UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09cr706 JM |
| Plaintiff, | ) ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO |
| SERGIO LEU, | ) ) | CONTINUE SENTENCING HEARING [Docket No. 26] |
| Defendants. | ) ) ) | |

Upon the Joint Motion of the parties [Docket No. 26], and for good cause shown, the Sentencing Hearing currently scheduled before Judge Miller on November 6, 2009 is hereby continued *to 9:00 a.m. on January 15, 2010*.

IT IS SO ORDERED.

DATED: November 2, 2009

Hon. Jeffrey T. Miller
United States District Judge